Bryan Barnet Miller, SBN 178134
WADE LAW GROUP, A Professional Corporation
262 East Main Street
Los Gatos, CA 95030
P: 408-842-1688
F: 408-549-1612
bmiller@wadelitigation.com

Attorneys for Plaintiff, OWEN GARRICK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

STIPULATION AND [PROPOSED] ORDER TO CHANGE BRIEFING SCHEDULE FOR MOTION TO DISMISS AND ANTI-SLAPP MOTION

| | |
|---|---|
| OWEN GARRICK, an individual,<br><br>             Plaintiff.<br><br>vs.<br><br>JOCELYN FREEMAN GARRICK, an individual, ALAMEDA COUNTY SHERRIFF'S OFFICE, a county entity, ALAMEDA COUNTY EMERGENCY MEDICAL SERVICES, a county entity, JOCELYN FREEMAN GARRICK, in her official and individual capacity as deputy medical director of ALAMEDA COUNTY EMERGENCY MEDICAL SERVICES.  JOCELYN FREEMAN GARRICK, in her official capacity and individual capacity as DEPUTY DIRECTOR OF ALAMEDA COUNTY EMERGENCY MEDICAL CENTER, MEDICAL HEALTH SYSTEM, a county entity,  JOCELYN FREEMAN GARRICK, in her official and individual capacity as MEDICAL DISASTER DIRECTOR OF ALAMEDA COUNTY HEALTH SYSTEMS, JOCELYN FREEMAN GARRICK, as PRESIDENT OF MENTORING IN MEDICINE AND SCIENCE, MENTORING IN MEDICINE and SCIENCE, a 501(c) (3); ALAMEDA COUNTY PUBLIC HEALTH DEPARTMENT, a county entity; JOCELYN FREEMAN GARRICK, as lead COVID 19 testing and vaccination, coordinator.<br><br>             Defendant. | CASE NO: 4:22-CV-04549 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE BRIEFING SCHEDULE FOR MOTION TO DISMISS AND ANTI-SLAPP MOTION** |

1. Upon the request of Plaintiff, OWEN GARRICK, by and through his counsel of record, BRYAN MILLER, moves this Court, the Honorable JON S. TIGER for an order changing the briefing schedule for Defendants' motion to dismiss the first amended complaint and anti-slapp motion to strike. (ECF 15 and 15-1.)

WHEREAS Defendants' motion to dismiss Plaintiff's first amended complaint and anti-slapp motion to strike is set for hearing on January 26, 2023.

WHEREAS Plaintiff's opposition to Defendants' motion to dismiss the first amended complaint and anti-slapp motion to strike is due on November 16, 2022.

WHEREAS Defendants' reply in support of motion to dismiss the first amended complaint and anti-slapp motion to strike is due on November 23, 2022.

WHEREAS Plaintiff's counsel was exceptionally ill this past week, he requested an additional 7 (seven) days from Defense counsel to file a quality opposition brief. Thanksgiving holiday.

WHEREBY, it is stipulated and agreed, that the opposition brief to Defendants' motion to dismiss and anti-slapp motion is due on November 23, 2022, and Defendants' reply papers are due on December 5, 2022.

Dated: November 11, 2022      WADE LAW GROUP, A Professional Corporation

                              By: /s/ Bryan Miller
                              BRYAN BARNET MILLER
                              Attorneys for Plaintiff, OWEN GARRICK

Dated: November   , 2022      ORBACH, HUFF AND HENDERSON, LLP

                              By: /s/ Kevin Gilbert
                              KEVIN GILBERT
                              Attorneys for Defendants JOCELYN
                              FREEMAN GARRICK and
                              COUNTY OF ALAMEDA

STIPULATION AND [PROPOSED] ORDER TO CHANGE BRIEFING SCHEDULE FOR MOTION TO DISMISS AND ANTI-SLAPP MOTION

ATTESTATION OF PERMISSION TO FILE THIS STIPULATION

Counsel for plaintiff, Garrick Owen, M.D., attests that he has been given permission to sign this Stipulation on behalf of Counsel for Defendant, the County of Alameda, and Jocelyn Freeman Garrick, M.D., in her individual capacity and her respective representative capacities.

Dated: November 11, 2022                WADE LAW GROUP, A Professional Corporation

By: _____
    BRYAN BARNET MILLER
    Attorneys for Plaintiff, OWEN GARRICK

[PROPOSED ORDER]

The Court, having considered the foregoing Stipulation of the parties to this action, hereby finds that good cause exists and hereby ORDER as follows:

1.  The Court accepts the stipulation of the parties allowing to change the briefing schedule for Defendants' motion to dismiss the first amended complaint and anti-slapp motion to strike.

2.  Plaintiff will file with the Court his opposition to Defendants' motion to dismiss the first amended complaint and anti-slapp motion to strike on November 23, 2022.

1.  Defendants will file with the Court they reply in support of Defendants' motion to dismiss the first amended complaint and anti-slapp motion to strike on December 5, 2022.

IT IS SO ORDERED.

Dated: _____                _____
                                              Jon S. Tigar
                                              UNITED STATES DISTRICK JUDGE

4

STIPULATION AND [PROPOSED] ORDER TO CHANGE BRIEFING SCHEDULE FOR MOTION TO DISMISS AND ANTI-SLAPP MOTION