UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN GARRICK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOCELYN FREEMAN GARRICK, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-04549-JST<br><br>**ORDER CONTINUING BRIEFING DEADLINES**<br><br>Re: ECF No. 17 |

Pursuant to the parties' joint stipulation, ECF No. 17, and good cause appearing, the briefing deadlines with respect to Defendants' motion to dismiss and anti-SLAPP motion to strike, ECF No. 15, are hereby continued as follows: Plaintiff's opposition is due by November 23, 2022; Defendants' reply is due by December 5, 2022.

**IT IS SO ORDERED.**

Dated: November 15, 2022



JON S. TIGAR
United States District Judge