UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OWEN GARRICK,

    Plaintiff,

  v.

JOCELYN FREEMAN GARRICK, et al.,

    Defendants.

Case No. 22-cv-04549-JST

**ORDER TO SHOW CAUSE RE: FAILURE TO FILE OPPOSITION**

Re: ECF Nos. 48, 52

   On August 22, 2023, County Defendants filed their motion to dismiss.  ECF No. 48.  On August 30, 2023, Defendants Mentoring in Medicine & Science, Inc., and Jocelyn Freeman Garrick, individually and as President of Mentoring in Medicine & Science, Inc., filed their motion to dismiss. ECF No. 52.  The deadline to file oppositions to these motions has passed, and oppositions have not been filed.  Plaintiff has also not filed any statement of non-opposition that is required when "the party against whom the motion is directed does not oppose the motion."  Civil L.R. 7-3(b). Within 14 days of the date of this order, Plaintiff shall file either a written response showing cause as to why timely oppositions were not filed, or statements of non-opposition to the motions.

   This order does not constitute permission to file a late opposition.

   The deadline to file a reply brief is vacated.  The Court will schedule a new reply deadline and hearing date if necessary.

   If Plaintiff does not file a timely response to this order to show cause, the Court may dismiss this case for failure to prosecute.

   **IT IS SO ORDERED.**

Dated: September 19, 2023



           JON S. TIGAR
        United States District Judge